# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 3182 | **DATE** | February 12, 2009 |
| **CASE TITLE** | TERRENCE G. AUSTIN v. ADVOCATE HEALTH and HOSPITALS CORPORATION | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to remand [56] is denied.

## STATEMENT

Plaintiff filed his original *pro se* complaint in this court. I previously dismissed the complaint for lack of subject matter jurisdiction. Plaintiff now seeks a remand of his state law tort claims to state court for adjudication. There can be no remand, however, where there was no removal. This case started in federal court and it must end here too.